# NO. 12-09-00311-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *AL HAYES,*<br>*APPELLANT* | *§* | *APPEAL FROM THE 402ND* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT OF* |
| *JOSEPH MOTT, LEONARD GROSS,*<br>*JOHN NICHOLS, RICHARD EBERT,*<br>*MARK MOORE, CHARLES GASKILL*<br>*AND CHARLES HALL,*<br>*APPELLEES* | *§* | *WOOD COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Al Hays, has filed a motion to dismiss this appeal. In his motion, Hays states that he no longer wishes to pursue the appeal. The motion includes a "Certificate of Agreement" signed by counsel for Appellees, Joseph Mott, Leonard Gross, John Nichols, Richard Ebert, Mark Moore, Charles Gaskill, and Charles Hall. Because Hays has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. As requested by Hays in his motion, the costs of this appeal are assessed against the party incurring them.

Opinion delivered November 12, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)